THOMAS W. MORRELL, on Behalf of Himself and Others Similarly Situated, Appellant, *v.* CITY OF NEW YORK et al., Respondents.

Argued January 18, 1943; decided March 4, 1943.

*Austin B. Mandel* for appellant

*William C. Chanler, Corporation Counsel* (*Charles F. Murphy* and *Paxton Blair* of counsel), for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.